IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DAWN ZINN; and, | ) | |
| (2) WILLIAM ZINN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. CIV-09-425-FHS |
| | ) | |
| (1) VALLEY VIEW HOSPITAL, an Oklahoma Not for Profit Corporation, d/b/a VALLEY VIEW REGIONAL HOSPITAL; | ) | |
| (2) VALLEY VIEW HOSPITAL, an Oklahoma Not for Profit Corporation, d/b/a VALLEY VIEW REGIONAL HOSPITAL EMERGENCY MEDICAL SERVICES; | ) | |
| (3) MICHAEL R. STAFFORD, D.O.; | ) | |
| (4) LAUREL M. JORDAN, D.O., | ) | |
| (5) JOHN C. SIEGLE, M.D.; and | ) | |
| (6) SOUTHEASTERN WOMEN'S HEALTH CENTER, a Professional Limited Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

**THE COURT** having entered its Opinion and Order (Docket No. 50) granting the Motion to Dismiss (Docket No. 42) of Defendant, Valley View Hospital, an Oklahoma Not for Profit Corporation, d/b/a Valley View Regional Hospital and Valley View Hospital, an Oklahoma Not for Profit Corporation, d/b/a Valley View Regional Hospital Emergency Medical Services (collectively "Valley View") on Plaintiffs' claim under the Emergency Medical Treatment and Active Labor Act ("EMTALA"), and granting the Motions to Dismiss of Defendants, Valley View, Michael R.

1

Stafford, D.O., Laurel M. Jordan, D.O., John C. Siegle, M.D., and Southeastern Women's Health Center (Docket Nos. 28, 29, 37 and 42), hereby enters judgment accordingly.

Judgment is hereby entered in favor of Valley View on Plaintiffs' EMTALA claim. Having found EMTALA to be inapplicable, the Court exercises its discretion and declines supplemental jurisdiction over the remaining state law medical negligence/wrongful death claims against all Defendants. Plaintiffs' state law claims are dismissed without prejudice. This action is therefore dismissed in its entirety.

It is so ordered this 24th day of February, 2010.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma